

# NUMBER 13-21-00424-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE TANEISHA PAULIONO

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Tijerina, and Silva**
**Order Per Curiam**

This Court denied relief in this cause on December 7, 2021. *See In re Pauliono*, No. 13-21-00424-CV, 2021 WL 5815751, at *1 (Tex. App.—Corpus Christi–Edinburg Dec. 7, 2021, orig. proceeding) (mem. op.). Pro se relator Taneisha Pauliono filed an extension of time to file a motion for rehearing, which this Court has granted until January 24, 2022. Relator has now filed an emergency motion to stay judgment.

The Court, having examined and fully considered the emergency motion to stay judgment, is of the opinion that it should be granted. Accordingly, we grant the emergency

motion to stay, and we stay the judgment signed on December 14, 2021, pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Riverside Village Apartments, file a response to relator's motion for rehearing. Such response is due within ten (10) days after relator files the motion for rehearing.

PER CURIAM

Delivered and filed on the
22nd day of December, 2021.